648 A.2d 701

IN THE MATTER OF JAMES F. CARNEY,
AN ATTORNEY AT LAW.

October 6, 1994.

## ORDER

The Disciplinary Review Board having filed a report with the Court, recommending that **JAMES F. CARNEY of ROSELAND,** who was admitted to the bar of this State in 1972, be publicly reprimanded for violating *RPC* 8.4(c) by failing to reveal to a client that the financial consultant to whom respondent referred her for advice regarding the investment of a substantial settlement was respondent's wife;

And the Disciplinary Review Board further recommending that respondent be ordered to pay $7,500 to the client as restitution;

And good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review Board are adopted and **JAMES F. CARNEY** is hereby publicly reprimanded; and it is further

ORDERED that respondent pay the sum of $7,500 to Jacqueline E. Limite on a schedule satisfactory to the Office of Attorney Ethics; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Office of Attorney Ethics and the Disciplinary Review Board for appropriate administrative costs incurred in the prosecution of this matter.